# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>        Respondent.<br>_____/ | 1:10-cv-00082-DLB (HC)<br><br>ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.

    IT IS SO ORDERED.

    Dated:   February 11, 2010                               /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE

1