1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT QUINCY THOMAS,                    1:10-cv-00082-DLB (HC)

                          Petitioner,        ORDER DIRECTING CLERK OF COURT TO
                                             CHANGE NAME OF RESPONDENT

        v.                                   [Doc. 6]

DERRAL G. ADAMS, Warden

                          Respondent.
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
pursuant to 28 U.S.C. § 2254.

        When the petition was initially filed, Petitioner named the State of California as
Respondent.  A petitioner filing a petition for writ of habeas corpus must name the state officer
who has custody of the petitioner as the respondent.  Rule 2 (a) of the Rules Governing § 2254
cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).  Normally, the person having
custody of an incarcerated petitioner is the warden of the prison in which the petitioner is
incarcerated because the warden has "day-to-day control over" the petitioner.  Brittingham v.
United States, 982 F.2d 378, 379 (9th Cir. 1992); see also Stanley v. California Supreme Court,
21 F.3d 359, 360 (9th Cir. 1994).

        On February 12, 2010, the Court an Order to Show Cause why the Petition should not be
dismissed for lack of jurisdiction in that Petitioner had not named a proper Respondent. On
March 1, 2010, Petitioner filed a notice naming Warden Adams as the Respondent.

Accordingly, the Clerk of the Court is DIRECTED to substitute Warden Adams as the Respondent in this action.


IT IS SO ORDERED.

**Dated:**    **March 13, 2010**                    **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE